# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1761
_____

THOMAS PORTER,

Appellant,

v.

ALSCO LINEN SERVICES/
ALTERNATIVE SERVICE
CONCEPTS,

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Jack A. Weiss, Judge.

Date of Accident: April 17, 2015.

August 21, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Steven C. Goddard of Morgan & Morgan, Fort Myers,
for Appellant.

Mary E. Cruickshank of DuBois & Cruickshank, P.A., Tallahassee,
for Appellees.